— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ESTHER DOBRINSKY, an Infant, by DORA DOBRINSKY, Her Guardian ad Litem, Respondent, v. ABRAHAM MOSHMAN and Another, Impleaded with BARNET WIENER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

COLUMBIA TRUST COMPANY, Respondent, v. NORSKE LLOYD INSURANCE COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FREDERICK J. LOW, Respondent, v. JULIUS WODISKA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM H. WATERS, INC., and Another, Respondents, v. THE HATTERS FUR EXCHANGE, INC., Appellant.— Order modified by striking out the direction for examination as to the matters in paragraph numbered " 5," and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

NICHOLAS P. COSMAS, Appellant, v. JOHN HANGES and Another, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke P. J., Dowling, Smith, Shearn and Merrell, JJ.; Shearn, J., dissented.

NICHOLAS P. COSMAS, Appellant, v. JOHN HANGES and Another, Respondents. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. HENRIETTA SIEFKE MYERS and Another, Respondents, Impleaded with CLARA F. WARNER, as Executrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of Proving the Last Will and Testament and Codicil Thereto of JOHN H. LUDWIG, Deceased, as a Will of Real and Personal Property. FORREST C. HIRLEMAN and Another, Appellants; MARY L. HORNS and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MANNING, MAXWELL & MOORE, INC., Appellant, v. AMERICAN CAN COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Shearn, J., dissented.

ALEXANDER WOLF, Respondent, v. MARY L. KEEFE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke. P. J., Dowling, Smith, Shearn and Merrell, JJ.; Shearn, J., dissented.